A.J.—Absconding from Temporary Release, 1st Degree). Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR J. COOPER, Appellant. [918 NYS2d 913]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE EAVES, Appellant. [918 NYS2d 914]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD D. HARRIS, Appellant. [918 NYS2d 914]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUSTIN S. HARRIS, Appellant. [918 NYS2d 915]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUSTIN S. HARRIS, Appellant. [918 NYS2d 915]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMBERLY A. LEARN, Appellant. [918 NYS2d 916]— Memorandum: Appeal unanimously dismissed and matter remitted to Cattaraugus County Court to vacate the